UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTONIO NUNES,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA,<br><br>Respondent. | Case No. 5:25-cv-02348-WLH (DTB)<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |

    On September 5, 2025, Petitioner filed a Petition for Writ of Habeas Corpus herein. (Docket No. 1). On the same date, the Court issued a Notice Re: Discrepancies in Filing of Habeas Corpus Petition (CV-111) ("Discrepancy Notice"). (Docket No. 2). On September 16, 2025, the Court issued its Notice of Reference to United States Magistrate Judge ("Notice of Reference"). (Docket No. 3). On September 17, 2025, the Court issued an Order Requiring Response to Habeas Petition ("Order"). (Docket No. 4).

    On September 24, 2025, the Court received its Notice of Reference returned from the institution marked as "Return to Sender No Longer at this Address." (Docket No. 6).

On September 29, 2025, the Court received its Discrepancy Notice returned from the institution marked as "Return to Sender Unable to Forward No Longer at this Address." (Docket No. 7).

On September 30, 2025, the Court received its Order returned from the institution marked as "Return to Sender Not Deliverable as Addressed Unable to Forward" as well as "Released." (Docket No. 8).

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore, Petitioner is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Petitioner may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Petitioner's response is due no later than **November 7, 2025.**

**Petitioner is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: October 9, 2025

_____
DAVID T. BRISTOW
United States Magistrate Judge