UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTONIO NUNES, | Case No. 5:25-cv-02348-WLH (DTB) |
| Petitioner, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| FERETI SEMAIA, | |
| Respondent. | |

1

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS **ORDERED** that judgment be entered dismissing this action with prejudice.

Dated: February 17, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE