JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| ANTONIO NUNES, | ) | Case No. 5:25-cv-02348-WLH (DTB) |
|---|---|---|
| Petitioner, | ) | **Judgment** |
| v. | ) | |
| FERETI SEMAIA, | ) | |
| Respondent. | ) | |

1

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

It is **ORDERED** that the action is dismissed with prejudice.

**Dated**: February 17, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE